JS - 6

**FILED: 2/24/12**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MICHAEL F. HALL           )
                          )
          Plaintiff,      )
                          )   CASE NO. CV 11-1645  GHK (SSx)
     vs.                  )
                          )
CITY OF RIALTO, et al     )   **ORDER OF DISMISSAL**
                          )
          Defendants.     )
_____)

Pursuant to the parties' *Notice of Settlement* filed on February 22, 20112, informing the Court that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown **within FORTY-FIVE (45) days**, to reopen the action if settlement is not consummated.

Dated:   2/24/12

_____
GEORGE H. KING
United States District Judge